ACCEPTED
04-15-00555-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/19/2015 9:24:05 AM
KEITH HOTTLE
CLERK



GEORGE J. PERSON
STEVE A. WHITWORTH
†CHARLES R. BORCHERS (1943-1997)
RICHARD G. MORALES, JR.
ALEJANDRO E. VILLARREAL, III
†WILLIAM E. CASEY (1938 – 2007)
MARK D. WILLETT
MARTHA CIGARROA DE LLANO
BALDEMAR GARCIA, JR.**
RICARDO E. MORALES*
KATRINA BORCHERS MOHRER
MARISELA RANGEL
CLAY PERSON
PATRICK J. OEGERLE
JOSE I. MALDONADO, JR.
CARLOS E. FLORES
KEELEY FOLAN
ADOLFO MARTINEZ
KEITH W. FRANKLIN
DAVID B. PERSON - OF COUNSEL
CLAYBORNE L. NETTLESHIP - OF COUNSEL

PHYSICAL ADDRESS:
602 EAST CALTON ROAD
2ND FLOOR
LAREDO, TX 78041

MAILING ADDRESS:
P.O. DRAWER 6668
LAREDO, TEXAS 78042-6668

FAX 956.727.2696

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/19/2015 9:24:05 AM
KEITH E. HOTTLE
7744 BROADWAY, SUITE 204
SAN ANTONIO, TEXAS 78209

November 18, 2015

* BOARD CERTIFIED – OIL, GAS & MINERAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
**BOARD CERTIFIED – CIVIL TRIAL & APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Ms. Cyndy Lenz
Court Reporter, 49th District Court
clenz@webbcountytx.gov
Mr. David J. Laurel
Court Reporter, 406th District Court
dlaurel@webbcountytx.gov
Webb County Justice Center
1110 Victoria, Suite 304
Laredo, Texas 78041
facsimile 956.523.4240; 956.523.5083

Re:   Cause No. 2012-CVQ-000161-D3, styled *Texas Community Bank v. Shirley Hale Mathis and Leticia R. Benavides* and Cause No. 2015-CVQ-003089-D1, styled *Leticia R. Benavides v. Shirley Hale Mathis, permanent guardian of the estate of Carlos Y. Benavides Jr. in Cause No. 2011PB6000081-L2*, both pending in the 49th District Court of Webb County, Texas and

Appeal No. 04-15-00555-CV, styled *Shirley Hale Mathis, permanent guardian of the estate of Carlos Y. Benavides Jr. v. Leticia R. Benavides*, currently pending in the Fourth Court of Appeals sitting in San Antonio, Texas.

Dear Ms. Lenz and Mr. Laurel:

Per the Appellate Court's order of today, please accept this formal request for the preparation of the reporter's record regarding the November 5, 2015 hearings on Shirley Hale Mathis's (1) petition for injunctive relief and motion to quash writ of execution and (2) motion to fix supersedeas and Leticia R. Benavides's (1) motion to strike notice of filing deposit in lieu of supersedeas, (2) motion for turnover, and (3) amended motion for turnover order. TEX. R. APP. P. 34.6, 35.3.

As the responsible party, we will pay all fees associated with the preparation and filing of the reporter's record.

Thank you for your prompt attention to and professionalism in this matter. If there are any questions or concerns, please do not hesitate to contact the undersigned at your earliest convenience.

Respectfully submitted,

/s/

Baldemar Garcia, Jr.

xc:     Mr. Keith E. Hottle, Clerk
        Fourth Court of Appeals
        Cadena-Reeves Justice Center, Suite 3200
        300 Dolorosa, Suite 3200
        San Antonio, Texas 78205-3037
        facsimile 210.335.2762

        Carlos M. Zaffirini Sr.
        Guadalupe Castillo
        Zaffirini & Castillo
        1407 Washington Street
        P. O. Box 627
        Laredo, Texas 78042-9526
        facsimile 956.727.4448
        cmz@zaffirini.com
        counsel for appellee Leticia R. Benavides